**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>KEVIN D EARLEY<br>DEBORAH M EARLEY<br>Debtor(s) | Case No. 12-48641 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/11/2012, and was converted to chapter 13 on 12/11/2012.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 03/19/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**  $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $0.00

Attorney fees paid and disclosed by debtor:   $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC DENTISTRY LTD | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS COMPANY | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 15,745.00 | 11,158.76 | 11,158.76 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,736.00 | 1,798.80 | 1,798.80 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,725.00 | 1,726.12 | 1,726.12 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 0.00 | 603.29 | 603.29 | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| AT&T SOUTHWEST U-VERSE | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| AURORA MEDICAL GROUP | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 1,234.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | NA | NA | 3,749.19 | 0.00 | 0.00 |
| BMO HARRIS BANK | Secured | 59,000.00 | 66,309.66 | 70,058.85 | 0.00 | 0.00 |
| BMO HARRIS BANK | Secured | NA | 3,749.19 | 3,749.19 | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Unsecured | 11,287.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS TRUST & SAVINGS | Secured | 135,000.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PLACE | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PLACE | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| CITI DIAMOND PREFERRED CARD | Unsecured | 15,705.00 | NA | NA | 0.00 | 0.00 |
| CITY WATER LIGTH & POWER | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| DENNIS MINAGLIA | Unsecured | 90,000.00 | NA | NA | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL | Unsecured | 4,037.00 | NA | NA | 0.00 | 0.00 |
| FOSTER PREMIER | Unsecured | 2,090.00 | NA | NA | 0.00 | 0.00 |
| FROEDTERT HOSPTIAL | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| GE MOENY BANK | Unsecured | 1,511.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 909.86 | NA | NA | 0.00 | 0.00 |
| GE MONEY BK/PORTFOLIO RECOVEI | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,300.00 | 1,177.00 | 1,177.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 217.70 | 217.70 | 0.00 | 0.00 |
| ILLINOIS NATIONAL BANK | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 3,398.62 | 3,398.62 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,284.47 | 1,284.47 | 0.00 | 0.00 |
| MEDICAL COLLEGE PHYSICIANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERIT SLEEP TECHNOLOGY | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,473.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,503.00 | 1,473.00 | 1,473.00 | 0.00 | 0.00 |
| NORTHWEST HEALTHCARE ASSOC | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY INC | Unsecured | 2,189.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC EYE ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Unsecured | 2,263.00 | 2,357.75 | 2,357.75 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| SCHNEIDER MANAGEMENT CO | Unsecured | 1,091.00 | NA | NA | 0.00 | 0.00 |
| SONUS USA INC | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWICKS ON SUTTON CONDO A | Unsecured | NA | NA | 1,059.44 | 0.00 | 0.00 |
| SOUTHWICKS ON SUTTON CONDO A | Secured | NA | 1,059.44 | 1,059.44 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,053.00 | 1,052.27 | 1,052.27 | 0.00 | 0.00 |
| TARGET FINANCIAL SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| THE HARTFORD | Unsecured | 571.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK/CACH LLC | Unsecured | 1,803.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $70,058.85 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,808.63 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$74,867.48** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,575.62 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,575.62** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,480.79** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/26/2013        By: /s/ Tom Vaughn
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**